IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

WILLIE DAVIS and AGNES ODUM,

   Plaintiffs,

v.

COFFEE COUNTY SHERIFF'S OFFICE;
COFFEE COUNTY; ROB SMITH, Sheriff;
and RUFFISE PAULK,

   Defendants.

CIVIL ACTION NO.: CV506-082

### ORDER

After an independent review of the record, this Court concurs with the Report and Recommendation of the Magistrate Judge, to which Plaintiff has filed Objections. In his Objections, Plaintiff contends that he seeks to remove his case from the Coffee County Superior Court to this Court under 28 U.S.C. § 1343, and that such removal is appropriate. Plaintiff asserts that without removal of this action to federal court, he will not be afforded "equal rights of the law." (Doc. No. 9, p. 2).

Plaintiff's Objections are without merit. Removal cannot be predicated upon 28 U.S.C. § 1343, which provides for original jurisdiction of the district courts in civil rights actions. Plaintiff also cannot remove this case under 28 U.S.C. § 1443, the statute that provides for civil rights removal, or 28 U.S.C. § 1441, the general federal removal statute. Both provide for removal only by *defendants*. Congress has given the general right to remove lawsuits to defendants, not to plaintiffs, and has expressed as much in the plain language of both removal statutes.

AO 72A
(Rev. 8/82)

Accordingly, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. This action is hereby remanded to the Superior Court of Coffee County.

SO ORDERED, this 27th day of November, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA